02-11-292-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00292-CV 

 

 


 
 
 Farukh Aslam
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Touchstone Communications - II, LLC, Touchstone
 Communications (Private) Ltd., Thomas Slone, Michael Meyer, TRS Family, Ltd.,
 MDM RAM, Ltd., Carl Caruso, Newmark Investments Partnership, Ltd., Farrah
 Karmally, Burgundy Holdings, Ltd., and Joe Seringer
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM THE 96th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant's Notice of Settlement And Motion To Dismiss Appeal.” 
It is the court’s opinion that the motion should be granted; therefore, we
dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1), 43.2(f).

The
motions to dismiss filed by appellees are denied as moot.

          Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 43.4.

 

                                                                             PER
CURIAM

PANEL: 
MEIER,
DAUPHINOT, and WALKER, JJ.  

 

DELIVERED: 
December 6, 2012  








 









[1]See Tex. R. App. P. 47.4.